MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DIANTE JOHNSON,<br>    Defendant. | No. CR 12-0325 EMC<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 11, 2012 TO AUGUST 8, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT<br>(18 U.S.C. § 3161) |

The defendant, Diante Johnson, represented by Rita Bosworth, Assistant Federal Public Defender, and the government, represented by Aaron Wegner for Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Edward M. Chen on July 11, 2012 for a status conference. The parties requested a continuance to August 8, 2012 for further investigation. The Court ordered that the matter be continued to August 8, 2012.

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-02325 EMC

The parties agreed that time should be excluded under the Speedy Trial Act between July 11 and August 8, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: August 6, 2012          /S/
          CYNTHIA M. FREY
          Assistant United States Attorney

DATED: August 6, 2012          /S/
          RITA BOSWORTH
          Attorney for DIANTE JOHNSON

|   |   |
|---|---|
| 1 | |
| 2 | Based upon the representation of counsel and for good cause shown, the Court also finds |
| 3 | that failing to exclude the time between July 11 and August 8, 2012 would unreasonably deny |
| 4 | the defendant continuity of counsel and would deny counsel the reasonable time necessary for |
| 5 | effective preparation, taking into account the exercise of due diligence. 18 U.S.C. |
| 6 | § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time |
| 7 | between July 11 and August 8, 2012 from computation under the Speedy Trial Act outweigh the |
| 8 | best interests of the public and the defendant in a speedy trial. |
| 9 | Therefore, IT IS HEREBY ORDERED that the time between July 11 and August 8, |
| 10 | 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. |
| 11 | § 3161(h)(7)(A) and 3161(h)(7)(B)(iv). |

8/7/12
DATED: _____        _____
                                     THE HONORABLE EDWARD M. CHEN
                                     United States District Judge

